1

**KOTICK BOAT COMPANY, Libelant-Appellee, v. Gasoline Yacht NATALON II; James D. Hurd, Claimant-Appellant.**

Circuit Court of Appeals, Second Circuit.
December 19, 1927.

No. 79.

Appeal from the District Court of the United States for the Eastern District of New York.

Shearman & Sterling, of New York City (Horace M. Gray and Sanford H. E. Freund, both of New York City, of counsel), for appellant.

William F. Purdy, of New York City (Thomas A. McDonald, of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM. Decree affirmed, with costs.

---

2

**LEE & SIMMONS, Inc., Lighter Silk, Libelant-Appellee, v. CITY OF NEW YORK, Respondent-Appellant.**

Circuit Court of Appeals, Second Circuit.
January 20, 1928.

No. 137.

Appeal from the District Court of the United States for the Southern District of New York.

George P. Nicholson, Corp. Counsel, of New York City (Charles J. Carroll, of Brooklyn, N. Y., and William J. Leonard, of New York City, of counsel), for appellant.

Macklin, Brown, Lenahan & Speer, of New York City (Paul Speer, of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Decree affirmed.

---

3

**Conrad J. LEVIN, Plaintiff in Error, v. UNITED STATES, Defendant in Error.**

Circuit Court of Appeals, Second Circuit.
January 10, 1928.

No. 228.

In Error to the District Court of the United States for the Northern District of New York.

Frank, Weil & Strouse, of New York City (Samuel B. Frank, of New York City, of counsel), for plaintiff in error.

L. W. Breed, and Oliver D. Burden, both of Syracuse, N. Y., for the United States.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Judgment affirmed in open court.

---

4

**Joe MANISCALO et al., Plaintiffs in Error, v. UNITED STATES, Defendant in Error.**

Circuit Court of Appeals, Fifth Circuit.
January 25, 1928.

No. 5006.

In Error to the District Court of the United States for the Southern District of Florida; Lake Jones, Judge.

W. K. Zewadski, Jr., of Tampa, Fla., for plaintiffs in error.

Wm. M. Gober, U. S. Atty., of Tampa, Fla., and Francis L. Poor, Asst. U. S. Atty., of Jacksonville, Fla.

Before WALKER, BRYAN, and FOSTER, Circuit Judges.

PER CURIAM. The above numbered and entitled cause coming on to be heard, comes the defendant in error therein and confesses that in the record and proceedings of the court below therein there is reversible error. Because of such error so confessed, it is ordered and adjudged that the judgment of said District Court in said cause be and the same is reversed, and that said cause be remanded to said District Court, with direction that a new trial thereof be granted.